# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TRUSTEES OF THE LOCAL 807 LABOR-MANAGEMENT HEALTH & PENSION FUNDS,

Plaintiffs,

-against-

MAS-BROOK TERMINAL WAREHOUSE, INC.,

Defendant.

-----------------------------------------------------------x

CV 04 2993 (JG)(RML)

DEFAULT JUDGMENT

FILED
U.S. CLERK'S OFFICE
          E.D.N.Y.
★ OCT 5 2005 ★
BROOKLYN OFFICE

This action having been commenced by the filing of a Summons and Complaint on July 15, 2004, the Summons and Complaint having been served upon defendant Mas-Brook Terminal Warehouse, Inc. on July 23, 2004, and proof of service of the Summons and Complaint having been filed on August 13, 2004, and defendant having failed to answer or otherwise move with respect to the Complaint and the time therefore having expired;

NOW, on motion of Cary Kane LLP, attorney for the plaintiffs, by Charles Pergue, Esq., it is:

ORDERED, ADJUDGED AND DECREED, that plaintiffs, Trustees of the Local 807 Labor-Management Health & Pension Funds ("Trustees"), in their fiduciary capacity for the Funds have judgment against defendant in the amount of $56,247, consisting of $37,364 in due and unpaid contributions from July 2004 through August 31, 2005, with interest thereon of $6,050, liquidated damages of $7,473, attorneys' fees of $5,125 and costs of this action of $235, all as required by section 502 of ERISA, 29 U.S.C. 1132, and it is further

1462-1

ORDERED, ADJUDGED AND DECREED that interest continue to accrue at the legal rate from the date judgment is entered until the judgment is paid.

Dated: New York, New York
_10-3_ 2005

s/John Gleeson
United States District Judge

1462-1